IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERRY HOWARD** | § | **PLAINTIFF** |
| | § | |
| **V.** | § | **1:04CV607LG-RHW** |
| | § | |
| **CHARLEY TRANSPORTATION,** | § | |
| **INC. AND ALBERT STRAW** | § | **DEFENDANTS** |

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury on the 27th day of March, 2006, Honorable Louis Guirola, Jr., United States District Judge, presiding, wherein Plaintiff, Cherry Howard, appeared and announced ready for trial.

A jury having been duly selected, impaneled and sworn, and having heard the evidence, arguments of counsel and charge of the court, on their oath did, on the 29th day of March, 2006, for their verdict and in response to the definitions, instruction, and questions submitted to them by the court make finding of fact as follows:

Question number one:

Do you find by a preponderance of the evidence that the motor vehicle collision was proximately caused by the negligence of the defendant, Albert Straw?
   The Jury answered "No" to this question.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Plaintiff, Cherry Howard, take nothing, that the claims against the Defendants, Charley Transportation, Inc. and Albert Straw, be dismissed on the merits, and that the Defendants, Charley Transportation, Inc. and Albert Straw, recover of the Plaintiff their costs of action.

**SO ORDERED AND ADJUDGED** this the 30th day of March, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE